Norman I. Klein, Esq. (NK 4768)
Virginia T. Shea, Esq. (VS 8848)
CARLET, GARRISON, KLEIN
& ZARETSKY, L.L.P
1135 Clifton Avenue
P.O. Box 2666
Clifton, NJ 07015-2666
(973)777-6200
Attorneys for Plaintiff

---

| | |
|---|---|
| CUSTOM RESINS, INC., | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| | CIVIL ACTION NO.: 09-1901 (JAG) |
| -vs- | |
| DOMAIN ASSET HOLDINGS, LLC,<br>NETWORK SOLUTIONS, INC.,<br>ABC Corporation 1-10, and John Does 1-10 | ORDER TO SHOW CAUSE<br>FOR PRELIMINARY INJUCTION<br>WITH TEMPORARY RETRAINTS |
| Defendants. | |

THIS MATTER being opened to the Court by Carlet, Garrison, Klein & Zaretsky, L.L.P., attorneys for Plaintiff Custom Resins, Inc. ("Plaintiff") for *inter alia*, a preliminary injunction with temporary restraints pursuant to Fed.R.Civ.P. 65 enjoining defendant Domain Asset Holdings, LLC from using or transferring the domain name "CUSTOMRESINS.COM" to anyone other than Plaintiff, and the Court having read and considered the Verified Complaint, Affidavit of Sol Schlessinger, Affidavit of Norman I. Klein, Esq. Rule 7.1 Statement and Brief in support thereof, and it appearing that statutory grounds exist for enjoining the defendants from using plaintiff's trade name and similar domain name; and for good cause shown,

IT IS on this 23rd day of April, 2009,

ORDERED that the defendant, Domain Asset Holdings, LLC show cause before this

1

Court at the Federal Courthouse, ~~Martin Luther King Jr. Federal Building, 50 Walnut Street~~ Frank Lautenberg Post Office & Courthouse, 2 Federal Square, Newark, New Jersey, Court Room __3__, on the __4th__ day of __May__, 2009 at 9:30 in the forenoon of that day or as soon thereafter as counsel may be heard:

1. Why an Order should not be entered preliminarily and permanently enjoining Domain Asset Holdings, LLC, acting alone or in concert with others, from, without the permission of Plaintiff, using or transferring to anyone other than to Plaintiff the trade mark "Custom Resins" and the domain name "CUSTOMRESINS.COM" or any colorable imitations thereof, or any marks confusingly similar thereto; and

2. Why an Order should not be entered preliminarily and permanently enjoining Domain Asset Holdings, LLC from, without the permission of Plaintiff, registering, maintaining registration for, using, offering for sale, claiming ownership of, or in any other way using the domain name "CUSTOMRESINS.COM" or any other domain names that use names, words, designations or other symbols confusingly similar to "CUSTOMRESINS.COM"; and

3. Why an Order should not be entered transferring from Domain Asset Holdings, LLC to Plaintiff the domain name "CUSTOMRESINS.COM" and any other domain names that use names, words, designation, or other symbols confusingly similar to "CUSTOMRESINS.COM", and

4. Why this Court should not grant to Plaintiff such other and further relief as may be just and proper; and

IT IS FURTHER ORDERED, that pending the return date of this Order to Show Cause; defendants, and all those acting in concert with defendants be, and they hereby are, enjoined

2

and restrained as follows:

> 1. from, without the permission of Plaintiff, using, offering for sale, claiming ownership, registering, maintaining registration for, or in any other way using the domain name "CUSTOMRESINS.COM" or any other domain names that use names, words, designations or other symbols confusingly similar to "CUSTOMRESINS.COM"; and
>
> 2. from using in any manner the trade name and service mark "Custom Resins,"

IT IS FURTHER ORDERED that a true copy of this Order to Show Cause, Verified Complaint, Affidavit of Herman Friedman, Affidavit of Norman I. Klein, Plaintiff's Brief, Plaintiff's Fed.R.Civ.P. 7.1 Disclosure Statement together with a Summons shall be served upon the defendants within ____1____ days from the date of Plaintiff's counsel receipt of this Order in accordance with Fed.R.Civ.P. 4(h)(1)(service upon corporation in a judicial district of the United States); and

IT IS FURTHER ORDERED that the Plaintiff must file with the Court its proof of service of the Verified Complaint Affidavit of Herman Friedman, Affidavit of Norman I. Klein and Plaintiff's Fed.R.Civ. P. 7.1 Disclosure Statement and Brief together with this Order to Show Cause on the Defendants no later than ____7____ days before the return date: and

IT IS FURTER ORDERED that, papers in opposition to this Plaintiff's application be filed and served, so as to be received, no later than ____4____ days prior to the return date of this Order to Show Cause, and

IT IS FURTHER ORDERED that, reply papers, if any, be filed and served, so as to be

3

received no later than ___1___ days prior to the return date of this Order to Show Cause, and

IT IS FURTHER ORDERED that, if any defendant does not file and serve opposition to this Order to Show Cause, the application may be decided on the papers on the return date and relief may be granted by default, provided that that plaintiff files proof of service and a proposed form of order at least ___1___ days prior to the return date; and

IT IS FURTHER ORDERED that, the temporary restraints set forth herein may be dissolved by the Court upon application by defendants, giving not less than two days' notice to plaintiff; and

IT IS FURTHER ORDERED that, the Court will entertain argument, but not testimony, on the return date of the Order to Show Cause, unless the Court and parties are advised to the contrary no later than ____ days before the return date.

_____
U.S.D.J.

4