UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CUSTOM RESINS, INC.,

    Plaintiff,

-vs-

DOMAIN ASSET HOLDINGS, LLC,
NETWORK SOLUTIONS, INC.,
ABC Corporation 1-10, and John Does 1-10
    Defendants.

CIVIL ACTION NO.: 09-1901 (JAG)

**ORDER OF DISMISSAL**

Closed

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on this 24th day of August, 2009,

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown, on or before September 14, 2009, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

JOSEPH A. GREENAWAY, JR., U.S.D.J.