Norman I. Klein, Esq. (NK 4768)
Virginia T. Shea, Esq. (VS 8848)
CARLET, GARRISON, KLEIN
& ZARETSKY, L.L.P
1135 Clifton Avenue
P.O. Box 2666
Clifton, NJ  07015-2666
(973)777-6200
Attorneys for Plaintiff
-------------------------------------------------

CUSTOM RESINS, INC.,

       Plaintiff,

    -vs-

DOMAIN ASSET HOLDINGS, LLC,
NETWORK SOLUTIONS, INC.,
ABC Corporation 1-10, and John Does 1-10
       Defendants.
-------------------------------------------------

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

**CIVIL ACTION NO.: 09-1901 (JAG)**

**STIPULTION OF DISMISSAL WITH
PREJUDICE**

PLEASE TAKE NOTICE THAT Plaintiff, Custom Resins, Inc., by its attorneys, Carlet,

Garrison, Klein & Zaretsky, LLP, and Defendant, Domain Asset Holdings, LLC, by and through

its undersigned attorneys, Holland & Knight, LLP and pursuant to Fed. R. Civ. P. 41(a)(1)(ii),

hereby stipulate and agree that the this matter be and is hereby dismissed with prejudice and

without costs to any party.

Dated: ~~July~~ *November 6*, 2009

CARLET, GARRISON, KLEIN &
ZARETSKY
Attorneys for Plaintiff

By: _____
VIRGINIA T. SHEA (VS8848)

HOLLAND & KNIGHT, LLP
Attorneys for Defendant

By: _____
JOHN M. TORIELLO (JT1822)

1